UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAFARGE NORTH AMERICA, INC., :
 :
             Plaintiff, :
 : ORDER
   -against- : 14-CV-2481 (WFK) (RER)
 :
ALL STAR READY MIX CORP. and FRANK :
ALFIERO, :
 :
             Defendants. :
 :
------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

This Court held a status conference on November 21, 2014 to address Plaintiff Lafarge North America, Inc.'s ("Lafarge") Second Motion for Extension of Time to File Objections (Dkt. 27) to the Report and Recommendation issued by the Honorable Magistrate Judge Ramon E. Reyes, Jr. (Dkt. 24). Based on the presentations made by the parties at the conference, this Court now ADOPTS Magistrate Judge Reyes's Report and Recommendation with the following modifications. As stated at the conference, Counsel for Defendants, Richard F. Artura, Esq., is hereby ordered to maintain his representation of Defendant Alfiero, and he is also ordered to maintain his representation of Defendant All Star Ready Mix Corp ("All Star"). In addition, if Plaintiff elects to file a motion for summary judgment, the parties must abide by the following briefing schedule:

1. Plaintiff shall serve its motion for summary judgment on or before December 22, 2014;

2. Defendants shall and serve their opposition brief, if any, on or before January 23, 2015; and

3. Plaintiff shall file and serve its reply memorandum on or before February 6, 2015;

Plaintiff shall file all briefs on ECF and send a set of courtesy copies of all motion papers to the Court via first-class mail, addressed to Mr. Andrew Jackson.

Additionally, based on this disposition and in light of the outstanding motions made by the parties, it is hereby:

1. ORDERED that Defense Counsel Artura's Motion to Withdraw as Attorney, Dkt. 20, is DENIED;

2. ORDERED that Magistrate Judge Reyes's Report and Recommendation is ADOPTED, subject to the modifications above;

3. ORDERED that Plaintiff's First Motion for Extension of Time to File Objections, Dkt. 26, is DENIED as moot; and

4. ORDERED that Plaintiff's Second Motion for Extension of Time to File Objections, Dkt. 27, is DENIED as moot.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2014
      Brooklyn, New York